**Official Form 1 (4/07)**

| United States Bankruptcy Court<br>Middle District of Florida | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Arndt, Karl Fritz** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Arndt, Gayla Ann** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Karl F. Arndt; AKA Karl Arndt** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Gayla A. Arndt; AKA Gayla Arndt** |
| Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>**xxx-xx-0805** | Last four digits of Soc. Sec./Complete EIN or other Tax ID No. (if more than one, state all)<br>**xxx-xx-3719** |
| Street Address of Debtor (No. and Street, City, and State):<br>**2070 Shady Lane**<br>**Geneva, FL**<br>ZIP Code **32732-9339** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**2070 Shady Lane**<br>**Geneva, FL**<br>ZIP Code **32732-9338** |
| County of Residence or of the Principal Place of Business:<br>**Seminole** | County of Residence or of the Principal Place of Business:<br>**Seminole** |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

**Type of Debtor** (Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ■ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 100,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| ☐ $0 to $10,000 | ☐ $10,001 to $100,000 | ■ $100,001 to $1 million | ☐ $1,000,001 to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ■ $100,001 to $1 million | ☐ $1,000,001 to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

| Official Form 1 (4/07) | FORM B1, Page 2 |
|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Arndt, Karl Fritz**<br>**Arndt, Gayla Ann** |

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X  /s/ Georgina Roman-Secor, P.A.        July 24, 2007**<br>Signature of Attorney for Debtor(s)         (Date)<br>**Georgina Roman-Secor, P.A. 0191980** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

Official Form 1 (4/07)             **FORM B1**, Page 3

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Arndt, Karl Fritz** **Arndt, Gayla Ann** |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. **X /s/ Karl Fritz Arndt** Signature of Debtor **Karl Fritz Arndt** **X /s/ Gayla Ann Arndt** Signature of Joint Debtor **Gayla Ann Arndt** _____ Telephone Number (If not represented by attorney) **July 24, 2007** Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only one box.) ☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached. ☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. **X** _____ Signature of Foreign Representative _____ Printed Name of Foreign Representative _____ Date |
| **Signature of Attorney** **X /s/ Georgina Roman-Secor, P.A.** Signature of Attorney for Debtor(s) **Georgina Roman-Secor, P.A. 0191980** Printed Name of Attorney for Debtor(s) **Law Office of Roman-Secor, P.A.** Firm Name **2290 Professional Building, Suite G-1 S. Volusia Avenue Orange City, FL 32763** Address **Email: ginaromansecor1@aol.com** **(386) 775-6622  Fax: (386) 775-6633** Telephone Number **July 24, 2007** Date | **Signature of Non-Attorney Bankruptcy Petition Preparer** I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached. _____ Printed Name and title, if any, of Bankruptcy Petition Preparer _____ Social Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.) _____ Address **X** _____ Date Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above. Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person. *A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.* |
| **Signature of Debtor (Corporation/Partnership)** I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. **X** _____ Signature of Authorized Individual _____ Printed Name of Authorized Individual _____ Title of Authorized Individual _____ Date | |

**Official Form 1, Exhibit D (10/06)**

# United States Bankruptcy Court
## Middle District of Florida

In re  **Karl Fritz Arndt**
**Gayla Ann Arndt**
Debtor(s)

Case No. _____
Chapter **13**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

**Official Form 1, Exh. D (10/06) - Cont.**

      If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.

      ☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
           ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
           ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
           ☐ Active military duty in a military combat zone.

      ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

      **I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Karl Fritz Arndt**
                            **Karl Fritz Arndt**

Date:  **July 24, 2007**

**Official Form 1, Exhibit D (10/06)**

# United States Bankruptcy Court
## Middle District of Florida

In re   **Karl Fritz Arndt**
       **Gayla Ann Arndt**
                                   Debtor(s)

Case No. _____
Chapter   **13**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Must be accompanied by a motion for determination by the court.][Summarize exigent circumstances here.]* ____

**Official Form 1, Exh. D (10/06) - Cont.**

If the court is satisfied with the reasons stated in your motion, it will send you an order approving your request. You must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy case and promptly file a certificate from the agency that provided the briefing, together with a copy of any debt management plan developed through the agency. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. A motion for extension must be filed within the 30-day period. Failure to fulfill these requirements may result in dismissal of your case. If the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing, your case may be dismissed.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
  ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
  ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
  ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Gayla Ann Arndt**
                       **Gayla Ann Arndt**

Date:   **July 24, 2007**

Karl Fritz Arndt
2070 Shady Lane
Geneva, FL 32732-9339

Gayla Ann Arndt
2070 Shady Lane
Geneva, FL 32732-9338

Georgina Roman-Secor, P.A.
Law Office of Roman-Secor, P.A.
2290 Professional Building, Suite G-1
S. Volusia Avenue
Orange City, FL 32763

ABN AMRO Mortgage
2600 W Big Beaver Road
M 0904-470
Troy, MI 48084

ABN AMRO Mortgage Group, Inc
Law Office of D. J. Stern,PA
801 S. University Drive
Suite 500
Plantation, FL 33324

Allied Intenational CRE
2101 West Peoria A
Suite 120
Phoenix, AZ 85029

American Debt Collection
2612 C Jackson Ave
Oxford, MS 38655

Arrow Financial Service
5996 W. Touhy Avenue
Niles, IL 60714

Asset Acceptance LLC
P.O. Box 2036
Warren, MI 48090

Asset Acceptance LLC
P.O. Box 2036
Warren, MI 48090

Asset Acceptance LLC
P.O. Box 2036
Warren, MI 48090

Bp/Citibank SD
PO Box 15687
Wilmington, DE 19850-5687

Capital Management Services
726 Exchange Street
Suite 700
Buffalo, NY 14210

Capital One
P.O. Box 30285
Salt Lake City, UT 84130-0285

Capital One
P.O. Box 85520
Internal Zip 12030-163
Richmond, VA 23285-5520

Capital One
P.O. Box 85520
Internal Zip 12030-163
Richmond, VA 23285-5520

Capital One Bank
P.O. Box 4199
Houston, TX 77210-4199

Capital One Services
POB 30281
Salt Lake City, UT 84130-0281

CCP & MCB COLL SVCS
Steve Pearson
2066 14th Ave
Vero Beach, FL 32960

CCP & MCB COLL SVCS
Steve Pearson
2066 14th Ave
Vero Beach, FL 32960

Central FL Reg. Hospital
P.O. Box 1828
Attn: Patient Accounts
Sanford, FL 32772-1828

Central FL Reg. Hospital
P.O. Box 1828
Attn: Patient Accounts
Sanford, FL 32772-1828

CFC-MSD
332 Minnesota ST.
Ste 5
Saint Paul, MN 55101-1314

Chase NA
800 Brooksedge Blvd
Westerville, OH 43081

Citgo/Citibank SD
P.O. Box 15687
Wilmington, DE 19850-5687

Collection Bureau of Orlando
1595 S. Semoran Boulevard
STE
Winter Park, FL 32793

Cramer, Haber & McDonald, P.
Attorney at Law
1311 N. Church Ave.
Tampa, FL 33607

| | | |
|---|---|---|
| Credit Collection/USA<br>P.O. Box 873<br>Morgantown, WV 26507-0873 | GEMB/JC Penny<br>P.O. Box 981402<br>El Paso, TX 79996-1402 | HSBC Card Services<br>PO Box 80084<br>Salinas, CA 93912-1622 |
| Credit Collection/USA<br>P.O. Box 873<br>Morgantown, WV 26507-0873 | GEMB/MONT WARDS<br>PO BOX 981400<br>El Paso, TX 79998 | HSBC NV<br>P.O. Box 19360<br>Salinas, CA 93901 |
| CSD COLLECTIONS<br>9544 Fenway Avenue<br>Baton Rouge, LA 70809 | Ginny's Inc.-Cpu.<br>1112 7th Ave.<br>Monroe, WI 53566-1354 | IC SYSTEM, INC.<br>ATTN: John Erickson, Jr.<br>444 HIGHWAY 96 EAST<br>Saint Paul, MN 55164-0887 |
| Debski, Michael Thiel<br>P.O. Box 47718<br>Jacksonville, FL 32247 | Green Tree Bankrutpcy Depart<br>345 Saint Peter St.<br>Saint Paul, MN 55102-1211 | Jefferson Capital System<br>16 McLeland Rd<br>Saint Cloud, MN 56303-2198 |
| DT Credit Corp<br>P.O. Box 29018<br>Phoenix, AZ 85038-9018 | Hayt, Hayt and Landau<br>Joseph D. Allen, Esquire<br>7765 SW 87 Avenue, Suite 101<br>Miami, FL 33173 | Jefferson Capital Systems, L<br>16 McLeland Road<br>Saint Cloud, MN 56303 |
| FFCC Columbus, Inc.<br>1550 Old Henderson Rd.<br>Ste 1000<br>Columbus, OH 43220 | HSBC Bank NV FKA Dmccb<br>P.O. Box 29468<br>Phoenix, AZ 85038-9468 | Law Office David E. Borack<br>P.O. Box 245160<br>Hollywood, FL 33024 |
| Ford Motor Credit<br>P.O. Box 542000<br>Omaha, NE 68154-8000 | HSBC Bank NV FKA Hhlb<br>12447 SW 69th Ave.<br>Attn: Dispute Processi<br>Portland, OR 97223-8517 | Law Office of Chris Raniery<br>Christopher Raniery, Esquire<br>P.O. Box 5264<br>Fort Lauderdale, FL 33310 |
| GEMB/DILLARDS<br>PO BOX 981400<br>El Paso, TX 79998-1432 | Hsbc Bank NV FKA Hhlb<br>12447 SW 69th Ave.<br>Attn: Dispute Processi<br>Portland, OR 97223-8517 | Law Office of Chris Raniery<br>Christopher Raniery, Esquire<br>P.O. Box 5264<br>Fort Lauderdale, FL 33310 |
| GEMB/Dillards<br>P.O. Box 52005<br>Phoenix, AZ 85072-2005 | HSBC Card Services<br>PO Box 81622<br>Salinas, CA 93912-1622 | LVNV Funding<br>P.O. Box 10497<br>Greenville, SC 29603 |

| | | |
|---|---|---|
| MAF Collection Services<br>134 S Tampa St<br>Tampa, FL 33602-5354 | NAFS<br>PO Box 9027<br>Williamsville, NY 14231-9027 | Premium Asset Recover Corp.<br>350 Jim Moran Boulevard<br>Suite 210<br>Deerfield Beach, FL 33442 |
| MAF Collection Services<br>134 S. Tampa Street<br>Tampa, FL 33602-5454 | National Recovery Agency<br>4201 Crums Mill Road<br>Harrisburg, PA 17112-2893 | Premium Asset Recovery C<br>350 Jim Moran Blvd. Ste 2<br>Deerfield Beach, FL 33442 |
| Medclear Inc.<br>507 Prudential Rd<br>Horsham, PA 19044-2308 | NCO Financial<br>P.O. Box 13584<br>Philadelphia, PA 19101 | Providian Bancorp<br>PO Box 660509<br>Dallas, TX 75266-0509 |
| Midland Credit Management<br>Department 8870<br>Los Angeles, CA 90084-8870 | NCO-Medclear Inc.<br>507 Prudential Rd<br>Horsham, PA 19044-2308 | Providian Financial<br>P.O. Box 9180<br>Pleasanton, CA 94566 |
| Midland Credit Management<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123 | NCO-Medclear Inc.<br>507 Prudential Rd<br>Horsham, PA 19044-2308 | Quality Collections<br>1320 N. Semoran Blvd STE<br>Orlando, FL 32807 |
| Midland Credit Management<br>PO Box 85260<br>San Diego, CA 92186 | NCO-Medclear Inc.<br>507 Prudential Rd<br>Horsham, PA 19044-2308 | Sears/CBSD<br>8725 W. Sahara Avenue<br>MC02-2-03<br>The Lakes, NV 89163-7802 |
| Midland Credit Management<br>8875 Aero Drive Suite 200<br>San Diego, CA 92123 | Option One Mortgage Corp<br>6501 Irvine Center Drive<br>Irvine, CA 92618 | Seventh Avenue-Midnight<br>1112 7th Ave.<br>Monroe, WI 53566-1364 |
| Midland Credit Management<br>8875 Aero Drive Suite 200<br>San Diego, CA 92123 | Palisades Collection L<br>210 Sylvan Avenue<br>Englewood Cliffs, NJ 07632 | Shapiro & Fishman, LLP<br>10004 N. Dale Marby Highway<br>Suite 112<br>Tampa, FL 33618 |
| Monogram Credit Card Bk of<br>Georgia<br>P.O. Box 9001557<br>Louisville, KY 40290-1557 | Paragon Way, Inc.<br>2101 W. Ben Boulevard<br>Suite 103<br>Austin, TX 78704-7516 | Shell/CITGO SD NA<br>Gasoline Card Center<br>P.O. Box 6003<br>Hagerstown, MD 21747-6003 |

Social Security Administ
Tom Ferraro 11th Floor
155-10 Jamaica Ave
Jamaica, NY 11432

Wells Fargo Financial Bank
c/o DEB JOHNSON
701 E. 60th Street N.
Sioux Falls, SD 57117-5943

SSA/Office of Financial Poli
1155-10 Jamaica Ave.
SSA OAS
11th Floor
Jamaica, NY 11432

Wells Fargo Fncl Bank
P.O. Box 5943
Sioux Falls, SD 57117

Statewide Credit
101 W. Ohio Street
Indianapolis, IN 46204-1906

West Asset Management
220 A North Sunset
Sherman, TX 75092

Suntrust Bank
PO BOX 4986
Orlando, FL 32802-4986

West Asset Management
1000 N. Travis Street
Sherman, TX 75090

Target National Bank
P.O. Box 59317
Minneapolis, MN 55459-0317

West Asset Management
1000 N. Travis Street
Sherman, TX 75090

Transworld System Inc
Collection Agency
1901 South Harbor City Blvd.
#805
Melbourne, FL 32901

West Asset Management
1000 N. Travis Street
Sherman, TX 75090

True Logic Financial Corp.
P.O. Box 37980
Oak Park, MI 48237

West Asset Management
220 A. North Sunset
Sherman, TX 75092

Volusia County Circuit C
120 W. Indiana Ave
P O Box 43
Deland, FL 32720

West Asset Management
220 A. North Sunset
Sherman, TX 75092

WASHMTL/PROV
PO BOX 660509
Dallas, TX 75266-0509

Zakheim and Associates
Flynn Lavrar, Esquire
1045 S. University Drive
Suite 202
Fort Lauderdale, FL 33324