Form 6-Summary (10/06)

# United States Bankruptcy Court
## Middle District of Florida

In re  **Karl Fritz Arndt,**
      **Gayla Ann Arndt**

                            Debtors

Case No.  **6:07-bk-03239-KSJ**

Chapter  **13**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 198,000.00 | | |
| B - Personal Property | Yes | 4 | 12,380.00 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 129,957.24 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 17 | | 210,088.91 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 3,844.66 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 3,520.72 |
| Total Number of Sheets of ALL Schedules | | 30 | | | |
| Total Assets | | | 210,380.00 | | |
| Total Liabilities | | | | 340,046.15 | |

Official Form 6 - Statistical Summary (10/06)

.

# United States Bankruptcy Court
## Middle District of Florida

In re    **Karl Fritz Arndt,**
　　　　**Gayla Ann Arndt**

Case No.    **6:07-bk-03239-KSJ**

　　　　　　　　　　　　　　　　　　　　　　　Debtors　,

Chapter　　　　　　　　　　**13**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐　Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 3,844.66 |
| Average Expenses (from Schedule J, Line 18) | 3,520.72 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 5,055.83 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 5,324.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 210,088.91 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 215,412.91 |

Form B6A
(10/05)

.

In re    **Karl Fritz Arndt,**                                      Case No.   **6:07-bk-03239-KSJ**
         **Gayla Ann Arndt,**

_____,
                        Debtors

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Debtors' Homestead:  Modular Doublewide Home; 2070 Shady Lane, Geneva, FL 32732** | **Fee simple** | **J** | **198,000.00** | **116,611.24** |

|  |  |  |
|---|---|---|
| Sub-Total > | **198,000.00** | (Total of this page) |
| Total > | **198,000.00** |  |

___**0**___ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6B
(10/05)

In re    **Karl Fritz Arndt,**                                                     Case No.    **6:07-bk-03239-KSJ**
           **Gayla Ann Arndt,**
_____,
                              Debtors

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
In providing the information requested in this schedule, do not include the name or address of a minor child.  Simply state "a minor child."

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Debtors' Bank Accounts:  Checking Accounts: Joint Account (xxxx616) and Individual Account (xxxx180) Central Florida Educators Federal Credit Union, P.O. Box 2189, Orlando, Florida 32802-2189.** | J | 400.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Debtor's Living Room:  Sofa, Loveseat, End Tables, Coffee Tables, Entertainment Center, and 2 Lamps.** | J | 175.00 |
| | | **Debtor's Dining Room:  Table and 6 Chairs** | J | 150.00 |
| | | **Bedroom Master Room:  Queen Size Bed, Mattresses, Dresser & Mirror, Chest, Sheets, Comforter, Towels.** | J | 150.00 |
| | | **Debtor's Bedroom # 2:  Full Size Bed with Mattresses, Dresser, Desk, Sheets, Comforter, Towels.** | J | 100.00 |
| | | **Debtor's Bedroom # 3:  Twin Size Bed, Dresser & Mirror, Chest, Desk, Sheets, Comforter, Towel.** | J | 75.00 |
| | | **Debtor's Electronic Items & Misc.:  Computer, Television, Stereo and DVD, VCR.** | J | 250.00 |
| | | **Debtor's Kitchen:  Stove, Refrigerator, Microwave, Blender, Toaster, Coffee Maker, Pots, Pans, Plates, Cups, Silverware, Glassware, Dishes, and Cookware.** | J | 275.00 |
| | | **Debtor's Washer & Dryer** | J | 125.00 |

Sub-Total >            **1,700.00**
(Total of this page)

__3__    continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                     Best Case Bankruptcy

Form B6B
(10/05)

In re    **Karl Fritz Arndt,**                                    Case No.    **6:07-bk-03239-KSJ**
         **Gayla Ann Arndt,**

_____,
                        Debtors

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Debtors' Tools: Hand tools, Weedeater, Blowers, Lawnmower.** | **J** | **125.00** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Debtor's Collectibles: Family Pictures, Decorations** | **J** | **25.00** |
| 6. Wearing apparel. | | **Debtor's Clothing & Misc.: Dresses, Blouses, Skirts, Shoes, Pants, Shirts, Underclothing.** | **J** | **75.00** |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Debtors' Fishing Equipment and Hobby Equipment: Fishing and Misc. Item and Gun.** | **J** | **155.00** |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |

Sub-Total >                          **380.00**
(Total of this page)

Sheet   **1**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                      Best Case Bankruptcy

Form B6B
(10/05)

In re    **Karl Fritz Arndt,**                                                    Case No.    **6:07-bk-03239-KSJ**
    **Gayla Ann Arndt**

_____,
Debtors

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **Debtors' Vehicle:  1997 Ford Ranger, Mileage 119,000, Tan.** | J | 1,500.00 |
| | | **Debtors' Truck 1998 Ford F-150, White. Mileage 120,000.** | J | 4,800.00 |
| 26. Boats, motors, and accessories. | | **Debtors' Boat: 2001 Beachcomber Boat, 21 Foot Plantoon.** | J | 4,000.00 |

Sub-Total >    **10,300.00**
(Total of this page)

Sheet   **2**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

Form B6B
(10/05)

In re    **Karl Fritz Arndt,**                                                        Case No.   **6:07-bk-03239-KSJ**
         **Gayla Ann Arndt,**

_____,
Debtors

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >              **0.00**
(Total of this page)

Total >          **12,380.00**

Sheet   **3**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6C
(4/07)

In re   **Karl Fritz Arndt,**                                   Case No.   **6:07-bk-03239-KSJ**

   **Gayla Ann Arndt**

_____,
Debtors

## SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                                $136,875.
☐ 11 U.S.C. §522(b)(2)
☒ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **Debtors' Homestead: Modular Doublewide Home; 2070 Shady Lane, Geneva, FL 32732** | **Fla. Const. art. X, § 4(a)(1); Fla. Stat. Ann. §§ 222.01, 222.02, 222.05** | **81,389.00** | **198,000.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Debtors' Bank Accounts: Checking Accounts: Joint Account (xxxx616) and Individual Account (xxxx180) Central Florida Educators Federal Credit Union, P.O. Box 2189, Orlando, Florida 32802-2189.** | **Fla. Const. art. X, § 4(a)(2)** | **400.00** | **400.00** |
| **Household Goods and Furnishings** | | | |
| **Debtor's Living Room: Sofa, Loveseat, End Tables, Coffee Tables, Entertainment Center, and 2 Lamps.** | **Fla. Const. art. X, § 4(a)(2)** | **175.00** | **175.00** |
| **Debtor's Dining Room: Table and 6 Chairs** | **Fla. Const. art. X, § 4(a)(2)** | **150.00** | **150.00** |
| **Bedroom Master Room: Queen Size Bed, Mattresses, Dresser & Mirror, Chest, Sheets, Comforter, Towels.** | **Fla. Const. art. X, § 4(a)(2)** | **150.00** | **150.00** |
| **Debtor's Bedroom # 2: Full Size Bed with Mattresses, Dresser, Desk, Sheets, Comforter, Towels.** | **Fla. Const. art. X, § 4(a)(2)** | **100.00** | **100.00** |
| **Debtor's Bedroom # 3: Twin Size Bed, Dresser & Mirror, Chest, Desk, Sheets, Comforter, Towel.** | **Fla. Const. art. X, § 4(a)(2)** | **75.00** | **75.00** |
| **Debtor's Electronic Items & Misc.: Computer, Television, Stereo and DVD, VCR.** | **Fla. Const. art. X, § 4(a)(2)** | **250.00** | **250.00** |
| **Debtor's Kitchen: Stove, Refrigrerator, Microwave, Blender, Toaster, Coffee Maker, Pots, Pans, Plates, Cups, Silverware, Glassware, Dishes, and Cookware.** | **Fla. Const. art. X, § 4(a)(2)** | **275.00** | **275.00** |
| **Debtor's Washer & Dryer** | **Fla. Const. art. X, § 4(a)(2)** | **125.00** | **125.00** |
| **Debtors' Tools: Hand tools, Weedeater, Blowers, Lawnmower.** | **Fla. Const. art. X, § 4(a)(2)** | **125.00** | **125.00** |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **Debtor's Collectibles: Family Pictures, Decorations** | **Fla. Const. art. X, § 4(a)(2)** | **20.00** | **25.00** |
| **Wearing Apparel** | | | |
| **Debtor's Clothing & Misc.: Dresses, Blouses, Skirts, Shoes, Pants, Shirts, Underclothing.** | **Fla. Const. art. X, § 4(a)(2)** | **0.00** | **75.00** |

   **1**   continuation sheets attached to Schedule of Property Claimed as Exempt

Form B6C
(4/07)

In re   **Karl Fritz Arndt,**              Case No.  **6:07-bk-03239-KSJ**

       **Gayla Ann Arndt**

                            Debtors       ,

## SCHEDULE C. PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **Debtors' Fishing Equipment and Hobby Equipment:  Fishing and Misc. Item and Gun.** | **Fla. Const. art. X, § 4(a)(2)** | **155.00** | **155.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **Debtors' Vehicle:  1997 Ford Ranger, Mileage 119,000, Tan.** | **Fla. Stat. Ann. § 222.25(1)** | **1,500.00** | **1,500.00** |
| **Debtors' Truck 1998 Ford F-150, White. Mileage 120,000.** | **Fla. Stat. Ann. § 222.25(1)** | **500.00** | **4,800.00** |
| | Total: | **85,389.00** | **206,380.00** |

Sheet ___1___ of ___1___ continuation sheets attached to the Schedule of Property Claimed as Exempt

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

Official Form 6D (10/06)

In re   **Karl Fritz Arndt,**
    **Gayla Ann Arndt**

Case No.  __6:07-bk-03239-KSJ__

_____,
                  Debtors

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxx5885**<br><br>**Ford Motor Credit**<br>**P.O. Box 542000**<br>**Omaha, NE 68154-8000** | | J | 01-2002<br><br>**Purchase Money Security**<br><br>**Debtors' Truck 1998 Ford F-150, White.**<br>**Mileage 120,000.** | | | | | |
| | | | Value $          **4,800.00** | | | | **4,022.00** | **0.00** |
| Account No. **xxxxx0537**<br><br>**Green Tree Bankrutpcy Depart**<br>**345 Saint Peter St.**<br>**Saint Paul, MN 55102-1211** | | H | 07-2000<br><br>**Purchase Money Security**<br><br>**Debtors' Boat: 2001 Beachcomber Boat,**<br>**21 Foot Plantoon.** | | | | | |
| | | | Value $          **4,000.00** | | | | **9,324.00** | **5,324.00** |
| Account No. **xxxxxx2921**<br><br>**Option One Mortgage Corp**<br>**6501 Irvine Center Drive**<br>**Irvine, CA 92618** | | J | 08-2001<br><br>**Mortgage**<br><br>**Debtors' Homestead:  Modular**<br>**Doublewide Home; 2070 Shady Lane,**<br>**Geneva, FL 32732** | | | | | |
| | | | Value $      **198,000.00** | | | | **116,611.24** | **0.00** |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

  __0__   continuation sheets attached

| | Subtotal<br>(Total of this page) | **129,957.24** | **5,324.00** |
|---|---|---|---|
| | Total<br>(Report on Summary of Schedules) | **129,957.24** | **5,324.00** |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037           Best Case Bankruptcy

Official Form 6E (4/07)

.

In re   **Karl Fritz Arndt,**                                                    Case No.   **6:07-bk-03239-KSJ**
        **Gayla Ann Arndt,**
_____,
                            Debtors

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trust or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**0**    continuation sheets attached

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6F (10/06)

In re   **Karl Fritz Arndt,**
     **Gayla Ann Arndt**

Case No.   **6:07-bk-03239-KSJ**

                               Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **xxxxx0059**<br><br>**ABN AMRO Mortgage Group, Inc**<br>**Law Office of D. J. Stern,PA**<br>**801 S. University Drive**<br>**Suite 500**<br>**Plantation, FL 33324** | | | | J | 03-1994<br>**Final Judgment; Mortgage Foreclosure. Case No. 2002 11222 CIDL, Volusia County, Clerk of Court, Florida.** | | | X | **Unknown** |
| Account No. **xxx4676**<br><br>**Allied Intenational CRE**<br>**2101 West Peoria A**<br>**Suite 120**<br>**Phoenix, AZ 85029** | | | | J | 07-2005<br>**Collection acct. original creditor Triumph GE Dillards** | | | | **1,039.00** |
| Account No. **xx5993**<br><br>**American Debt Collection**<br>**2612 C Jackson Ave**<br>**Oxford, MS 38655** | | | | J | 06-2006<br>**Collection Acct., original creditor 01 Citibank Retail original amount $ 2,792.00** | | | | **4,241.00** |
| Account No. **xxxxxxx or GA FINANC-1576**<br><br>**Arrow Financial Service**<br>**5996 W. Touhy Avenue**<br>**Niles, IL 60714** | | | | W | 10/2002<br>**Original Creditor GA Financial Trust 2002-A** | | | | **2,791.00** |

  **16**   continuation sheets attached

Subtotal
(Total of this page)

**8,071.00**

Official Form 6F (10/06) - Cont.

In re    **Karl Fritz Arndt,**
      **Gayla Ann Arndt**

Case No.    **6:07-bk-03239-KSJ**

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Direct Me-2767**<br><br>**Asset Acceptance LLC**<br>**P.O. Box 2036**<br>**Warren, MI 48090** | | W | **9/2006**<br>**Credit card purchases; Original Creditor: DIRECT MERCHANTS.** | | | | **1,788.00** |
| Account No. **PROVIDIAN-2753**<br><br>**Asset Acceptance LLC**<br>**P.O. Box 2036**<br>**Warren, MI 48090** | | W | **08-2006**<br>**Providian; Collection Acct.** | | | | **3,706.00** |
| Account No. **Case No.: xxxxSCx8219C**<br><br>**Asset Acceptance LLC**<br>**P.O. Box 2036**<br>**Warren, MI 48090** | | W | **06-2007**<br>**Civil Judgment, Seminole County, Florida.** | | | | **1,874.00** |
| Account No. **xxxxxx1384**<br><br>**Bp/Citibank SD**<br>**PO Box 15687**<br>**Wilmington, DE 19850-5687** | | J | **05-1999**<br>**Credit Card; Charge off** | | | | **Unknown** |
| Account No. **xxxx-xxxx-xxxx-6572**<br><br>**Capital One**<br>**P.O. Box 30285**<br>**Salt Lake City, UT 84130-0285** | | H | **06-2001**<br>**Credit card purchases.** | | | | **304.69** |

Sheet no. __**1**__ of __**16**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**7,672.69**

Official Form 6F (10/06) - Cont.

In re    **Karl Fritz Arndt,**
    **Gayla Ann Arndt**
                           Debtors

Case No.   **6:07-bk-03239-KSJ**

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx2823.....**<br><br>**Capital One**<br>**P.O. Box 85520**<br>**Internal Zip 12030-163**<br>**Richmond, VA 23285-5520** | | W | 06/2001<br>**Credit card purchases; Charged Off Account.** | | | | 1,225.00 |
| Account No. **xxxxxxxx7408...**<br><br>**Capital One**<br>**P.O. Box 85520**<br>**Internal Zip 12030-163**<br>**Richmond, VA 23285-5520** | | W | 03-2002<br>**Credit Card; Charged off Acct. closed by credit grantor** | | | | 2,216.00 |
| Account No. **Case No.: xxSC4919R**<br><br>**Capital One  Bank**<br>**P.O. Box 4199**<br>**Houston, TX 77210-4199** | | W | 04-2007<br>**Civil Judgment, Seminole County, Florida.** | | | | 1,167.00 |
| Account No. **xxxx-xxxx-xxxx-0158**<br><br>**Capital One Services**<br>**POB 30281**<br>**Salt Lake City, UT 84130-0281** | | J | 01-1998<br>**Credit Card; Charged off as bad debt; acct. closed by credit grantor** | | | | 4,567.00 |
| Account No. **xxx5584**<br><br>**CCP & MCB COLL SVCS**<br>**Steve Pearson**<br>**2066 14th Ave**<br>**Vero Beach, FL 32960** | | J | 10-2001<br>**Collection Acct., Med1 02 Orlando Surgery Center** | | | | 877.00 |

Sheet no. __2___ of __16__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

10,052.00

Official Form 6F (10/06) - Cont.

In re  **Karl Fritz Arndt,**
       **Gayla Ann Arndt**

Case No.  **6:07-bk-03239-KSJ**

Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx7959**<br><br>**CCP & MCB COLL SVCS**<br>**Steve Pearson**<br>**2066 14th Ave**<br>**Vero Beach, FL 32960** | | J | 08-2002<br>**Medical Debt; Collection acct. original creditor MED1 02 Orlando** | | | | 878.00 |
| Account No. **xxxxx6905**<br><br>**Central FL Reg. Hospital**<br>**P.O. Box 1828**<br>**Attn: Patient Accounts**<br>**Sanford, FL 32772-1828** | | J | 05-2002<br>**Medical Debt** | | | | 144.45 |
| Account No. **xxxxx6604**<br><br>**Central FL Reg. Hospital**<br>**P.O. Box 1828**<br>**Attn: Patient Accounts**<br>**Sanford, FL 32772-1828** | | J | 10-2003<br>**Medical Debt** | | | | 199.63 |
| Account No. **xx0097**<br><br>**CFC-MSD**<br>**332 Minnesota ST.**<br>**Ste 5**<br>**Saint Paul, MN 55101-1314** | | J | 06-1998<br>**Debt Consolidation** | | | | Unknown |
| Account No. **xxxx-xxxx-xxxx-9260**<br><br>**Chase NA**<br>**800 Brooksedge Blvd**<br>**Westerville, OH 43081** | | J | 06-1999<br>**Credit Card; Charged off as bad debt; profit and loss writeoff** | | | | 4,125.00 |

Sheet no. **3** of **16** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,347.08

Official Form 6F (10/06) - Cont.

In re    **Karl Fritz Arndt,**
         **Gayla Ann Arndt**                                          Case No.    **6:07-bk-03239-KSJ**
                                                                                      ,
                                    Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx1116**<br><br>**Citgo/Citibank SD**<br>**P.O. Box 15687**<br>**Wilmington, DE 19850-5687** | | J | **06-2001**<br>**Credit card purchases** | | | | **Unknown** |
| Account No. **xxxxx6001**<br><br>**Collection Bureau of Orlando**<br>**1595 S. Semoran Boulevard STE**<br>**Winter Park, FL 32793** | | W | **09-2002**<br>**Original Client: Pathology Specialist, P.A.; COLLECTION ACCT.** | | | | **107.00** |
| Account No. **x0995**<br><br>**Cramer, Haber & McDonald, P. Attorney at Law**<br>**1311 N. Church Ave.**<br>**Tampa, FL 33607** | | J | **Collection Acct. original creditor MLH VII Limited Partnership; Civil Judgment.** | | | | **5,853.95** |
| Account No. **xxxxx6401**<br><br>**Credit Collection/USA**<br>**P.O. Box 873**<br>**Morgantown, WV 26507-0873** | | J | **11-2006**<br>**Medical Debt; Dr. John B. Hirt.** | | | | **10.00** |
| Account No. **xxxxx6402**<br><br>**Credit Collection/USA**<br>**P.O. Box 873**<br>**Morgantown, WV 26507-0873** | | J | **11-2005**<br>**Medical Debt: Dr. Gregory P. Samano** | | | | **9.00** |

Sheet no. __**4**__ of __**16**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **5,979.95**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Karl Fritz Arndt,**
    **Gayla Ann Arndt**                                      Case No.    **6:07-bk-03239-KSJ**
                                         Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **CSDxxxxxxxxxxxx3049** | | | | | 4/2006 **ORIGINAL CREDITOR: Schumacher Group Central Florida Regional Hospital; Medical Debt; Collection Acct.** | | | | |
| **CSD COLLECTIONS** **9544 Fenway Avenue** **Baton Rouge, LA 70809** | | J | | | | | | | |
| | | | | | | | | | 379.00 |
| Account No. **xxxx0509....** | | | | | 02-2007 **Automobile; Installment loan** | | | | |
| **DT Credit Corp** **P.O. Box 29018** **Phoenix, AZ 85038-9018** | | J | | | | | | | |
| | | | | | | | | | 13,132.00 |
| Account No. **xxx2596** | | | | | 04-2004 **Original Creditor: Wieder** | | | | |
| **FFCC Columbus, Inc.** **1550 Old Henderson Rd.** **Ste 1000** **Columbus, OH 43220** | | W | | | | | | | |
| | | | | | | | | | 1,010.00 |
| Account No. **xxxxxxxxxxx5657** | | | | | 01-1989 **Credit Card; Paid or Paying as agreed** | | | | |
| **GEMB/DILLARDS** **PO BOX 981400** **El Paso, TX 79998-1432** | | J | | | | | | | |
| | | | | | | | | | Unknown |
| Account No. **xxxxxxx1810** | | | | | 11-1995 **Credit Card; Charge off; acct. transfer or sold** | | | | |
| **GEMB/Dillards** **P.O. Box 52005** **Phoenix, AZ 85072-2005** | | J | | | | | | | |
| | | | | | | | | | Unknown |

Sheet no. __5__ of __16__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                              Subtotal
                (Total of this page)                    **14,521.00**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re **Karl Fritz Arndt,**
      **Gayla Ann Arndt**

Case No.   **6:07-bk-03239-KSJ**

_____ Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxx3007** <br><br> **GEMB/JC Penny** <br> **P.O. Box 981402** <br> **El Paso, TX 79996-1402** | | J | **07-2000** <br> **Credit Card; Charged off Acct. Collection Co. LVNV Funding LLC; Captial Management Services, LP;** | | | | **1,698.09** |
| Account No. **xxxxxxx5006** <br><br> **GEMB/MONT WARDS** <br> **PO BOX 981400** <br> **El Paso, TX 79998** | | J | **10-1988** <br> **Paid or paying as agreed** | | | | **Unknown** |
| Account No. **xxxxx0627** <br><br> **Ginny's Inc.-Cpu.** <br> **1112 7th Ave.** <br> **Monroe, WI 53566-1354** | | W | **11-1998** <br> **Credit card purchases; Charged Off Account.** | | | | **1,444.00** |
| Account No. **xxxxxxx4915....** <br><br> **HSBC Bank NV FKA Dmccb** <br> **P.O. Box 29468** <br> **Phoenix, AZ 85038-9468** | | W | **05-2000** <br> **Credit Card Purchases; Charged off; Acct. Transfer or Sold** | | | | **1,226.00** |
| Account No. **xxxxxxx1462** <br><br> **HSBC Bank NV FKA Hhlb** <br> **12447 SW 69th Ave.** <br> **Attn: Dispute Processi** <br> **Portland, OR 97223-8517** | | W | **11-2006** <br> **Credit card purchases** | | | | **353.00** |

Sheet no. __**6**__ of __**16**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,721.09**

Official Form 6F (10/06) - Cont.

In re    **Karl Fritz Arndt,**                                    Case No.   **6:07-bk-03239-KSJ**
      **Gayla Ann Arndt**
_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W JC | | | | | | |
| Account No. **xxxx-xxxx-xxxx-8523**<br><br>**Hsbc Bank NV FKA Hhlb**<br>**12447 SW 69th Ave.**<br>**Attn: Dispute Processi**<br>**Portland, OR 97223-8517** | | W | | 04-2005<br>**Credit card purchases.** | | | | 473.63 |
| Account No. **xxxx-xxxx-xxxx-4076**<br><br>**HSBC Card Services**<br>**PO Box 81622**<br>**Salinas, CA 93912-1622** | | H | | 07-2005<br>**Credit Card Purchases; HSBC Gold Mastercard; Wife is authorized user.** | | | | 555.00 |
| Account No. **xxxx-xxxx-xxxx-9938**<br><br>**HSBC Card Services**<br>**PO Box 80084**<br>**Salinas, CA 93912-1622** | | H | | 11-2002<br>**Credit Card Purchases; Household Bank Mastercard.** | | | | 578.00 |
| Account No. **xxxx-xxxx-xxxx-2548**<br><br>**HSBC NV**<br>**P.O. Box 19360**<br>**Salinas, CA 93901** | | J | | 02-1997<br>**Credit Card Purchases; Paragon Way Inc.; Law Office of David E. Borack, P.A. File No. 05-06242-0. RE: Cavalier Growth & Income Fund, LLC.** | | | | 7,576.50 |
| Account No. **xxxxxx7750**<br><br>**IC SYSTEM, INC.**<br>**ATTN: John Erickson, Jr.**<br>**444 HIGHWAY 96 EAST**<br>**Saint Paul, MN 55164-0887** | | W | | 09-2006<br>**Medical Debt: ORIGINAL CREDITOR- Banfield The Pet Hospital; Collection Acct.** | | | | 84.00 |

Sheet no. **7** of **16** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**9,267.13**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06) - Cont.

In re    **Karl Fritz Arndt,**
      **Gayla Ann Arndt**

Case No.    **6:07-bk-03239-KSJ**

Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxxx6630....** <br><br> **Jefferson Capital System** <br> **16 McLeland Rd** <br> **Saint Cloud, MN 56303-2198** | W | | | | **10-2006** <br> **Credit Card Purchases; FINGERHUT DIRECT MARKETIN; Factoring Company Account** | | | | 344.00 |
| Account No. **xxxxxxxxxx0840** <br><br> **MAF Collection Services** <br> **134 S Tampa St** <br> **Tampa, FL 33602-5354** | J | | | | **04-2002** <br> **Medical Debt- Original Creditor: Medical Consumer Counseling.** | | | | 423.00 |
| Account No. **xxxxxxxxxx0956** <br><br> **MAF Collection Services** <br> **134 S. Tampa Street** <br> **Tampa, FL 33602-5454** | J | | | | **05-2002** <br> **Medical Debt; Seminole County Fir Rescue. Original Account-209231-01** | | | | 73.00 |
| Account No. **1948** <br><br> **Medclear Inc.** <br> **507 Prudential Rd** <br> **Horsham, PA 19044-2308** | J | | | | **Medical Debt. Original Creditor Medical Health Care** | | | | 30.00 |
| Account No. **xxxxxx8302** <br><br> **Midland Credit Management** <br> **Department 8870** <br> **Los Angeles, CA 90084-8870** | H | | | | **01-2005** <br> **Original Creditor: British Petroleum (Act# 5542161384)** | | | | 2,210.75 |

Sheet no. __8___ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,080.75

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Karl Fritz Arndt,**
       **Gayla Ann Arndt**
                                              ,
                         Debtors

Case No.  **6:07-bk-03239-KSJ**

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxxxxx3132** <br><br> **Midland Credit Management** <br> **8875 Aero Drive, Suite 200** <br> **San Diego, CA 92123** | | H | | | 06-2001 <br> **Original Creditor: CITGO/ Acct. # 141331116** | | | | **1,158.00** |
| Account No. **xxxxxx3578** <br><br> **Midland Credit Management** <br> **PO Box 85260** <br> **San Diego, CA 92186** | | J | | | 09-2005 <br> **Medical Debt; Collection Acct. original creditor MED1 02 Orlando Regional Health Care** | | | | **3,987.00** |
| Account No. **xxxxxx8830** <br><br> **Midland Credit Management** <br> **8875 Aero Drive Suite 200** <br> **San Diego, CA 92123** | | J | | | 01-2004 <br> **Credit card purchases; Providian Bank.** | | | | **Unknown** |
| Account No. **Axxxxxxxxxxx8262** <br><br> **Midland Credit Management** <br> **8875 Aero Drive Suite 200** <br> **San Diego, CA 92123** | | J | | | **Credit Card Purchases: CITGO** | | | | **920.00** |
| Account No. **Bxxx6P405** <br><br> **Monogram Credit Card Bk of Georgia** <br> **P.O. Box 9001557** <br> **Louisville, KY 40290-1557** | | W | | | 12-2002 <br> **Clerk of Court, Seminole County Court House, Case No.: 2002SC003278.** | | | | **1,667.00** |

Sheet no. __9__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **7,732.00**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                           Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re   **Karl Fritz Arndt,**
     **Gayla Ann Arndt**
                                        Debtors

Case No.   **6:07-bk-03239-KSJ**

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx9577**<br><br>**NAFS**<br>**PO Box 9027**<br>**Williamsville, NY 14231-9027** | | H | **Previous Creditor: GE Money Bank; Current Creditor: Triumph Parnership LLC** | | | | **1,606.37** |
| Account No. **xxx3817**<br><br>**National Recovery Agency**<br>**4201 Crums Mill Road**<br>**Harrisburg, PA 17112-2893** | | W | **04-2006**<br>**ORIGINAL CREDITOR: Seminole County EMS Fire Rescue; Collection Acct.** | | | | **423.00** |
| Account No. **xxx5247**<br><br>**NCO Financial**<br>**P.O. Box 13584**<br>**Philadelphia, PA 19101** | | J | **01-2005**<br>**Medical Debt; Collection acct. original creditor MED1 Central FL Regional M ED Center** | | | | **696.00** |
| Account No. **3708......**<br><br>**NCO-Medclear Inc.**<br>**507 Prudential Rd**<br>**Horsham, PA 19044-2308** | | W | **04-2007**<br>**Medical Debt: Original Creditor-Medical/Health Care: Seminole Emergency Group** | | | | **379.00** |
| Account No. **2349....**<br><br>**NCO-Medclear Inc.**<br>**507 Prudential Rd**<br>**Horsham, PA 19044-2308** | | W | **12-2004**<br>**Medical Debt: Original Creditor-Medical/Health Care: Seminole Emergency Group LLC.** | | | | **229.00** |

Sheet no. __10__ of __16__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,333.37**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Official Form 6F (10/06) - Cont.

In re    **Karl Fritz Arndt,**                                              Case No.  **6:07-bk-03239-KSJ**
         **Gayla Ann Arndt**
                                                    ,
                              Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **2382.....** <br><br> **NCO-Medclear Inc.** <br> **507 Prudential Rd** <br> **Horsham, PA 19044-2308** | | W | | **02-2005** <br> **Medical Debt: Original Creditor- Medical/Health Care: Seminole Emergency Group LLC** | | | | 229.00 |
| Account No. **PALxWELLxxxxx1211** <br><br> **Palisades Collection L** <br> **210 Sylvan Avenue** <br> **Englewood Cliffs, NJ 07632** | | J | | **10-2003** <br> **Collection Acct. Original Creditor 08 Wells Fargo** | | | | 7,931.00 |
| Account No. **Case No.: xxxxSCxx3459** <br><br> **Premium Asset Recover Corp.** <br> **350 Jim Moran Boulevard** <br> **Suite 210** <br> **Deerfield Beach, FL 33442** | | J | | **08-2005** <br> **Civil Judgment, Seminole County, Florida.** | | | | 1,631.00 |
| Account No. **xxxxxx1709** <br><br> **Premium Asset Recovery C** <br> **350 Jim Moran Blvd. Ste 2** <br> **Deerfield Beach, FL 33442** | | W | | **09-2003** <br> **Collection acct.; Original Creditor -Direct Merchants.** | | | | 1,141.00 |
| Account No. **xxxxxxx0061...** <br><br> **Providian Bancorp** <br> **PO Box 660509** <br> **Dallas, TX 75266-0509** | | W | | **06-2000** <br> **Credit Card Purchases; Charged Off Account; Closed by Credit Grantor** | | | | 1,863.00 |

Sheet no. __11__ of __16__ sheets attached to Schedule of                    Subtotal                | 12,795.00 |
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Karl Fritz Arndt,**
      **Gayla Ann Arndt**

Case No.    **6:07-bk-03239-KSJ**

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **xxxx-xxxx-xxxx-7575**<br><br>**Providian Financial**<br>**P.O. Box 9180**<br>**Pleasanton, CA 94566** | | W | | 03-2001<br>**Credit card purchases;** | | | | 2,791.15 |
| Account No. **xxxxxxxxxxxxx0091**<br><br>**Quality Collections**<br>**1320 N. Semoran Blvd STE**<br>**Orlando, FL 32807** | | W | | 02-2004<br>**Medical Debt:  FL DIAGNOSTIC IMAGING.** | | | | 44.00 |
| Account No. **xxxx-xxxx-xxxx-2638**<br><br>**Sears/CBSD**<br>**8725 W. Sahara Avenue**<br>**MC02-2-03**<br>**The Lakes, NV 89163-7802** | | J | | 11-1999<br>**Credit card purchases.** | | | | 204.99 |
| Account No. **xxxxx0627**<br><br>**Seventh Avenue-Midnight**<br>**1112 7th Ave.**<br>**Monroe, WI 53566-1364** | | J | | 09-1997<br>**Credit card purchases** | | | | 2,426.00 |
| Account No. **xxx-xx9-423**<br><br>**Shell/CITGO SD NA**<br>**Gasoline Card Center**<br>**P.O. Box 6003**<br>**Hagerstown, MD 21747-6003** | | H | | 05-2000<br>**Credit card purchases;** | | | | 358.80 |

Sheet no. __12__ of __16__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**5,824.94**

Official Form 6F (10/06) - Cont.

In re     **Karl Fritz Arndt,**                                              Case No.    **6:07-bk-03239-KSJ**
          **Gayla Ann Arndt**
                                                            ,
                                    Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxx805A0<br><br>**Social Security Administ<br>Tom Ferraro 11th Floor<br>155-10 Jamaica Ave<br>Jamaica, NY 11432** | | H | 03-2006<br>**Collection Acct.; Governmet Overpayment** | | | | 26,732.00 |
| Account No. xxx4408<br><br>**SSA/Office of Financial Poli<br>1155-10 Jamaica Ave.<br>SSA OAS<br>11th Floor<br>Jamaica, NY 11432** | | J | 06-2004<br>**Social Security Administration Govt.<br>Overpayment.** | | | | 8,003.00 |
| Account No. xxx6461<br><br>**Statewide Credit<br>101 W. Ohio Street<br>Indianapolis, IN 46204-1906** | | J | 5/2003<br>**ORIGINAL CREDITOR: Brylane Home DE;<br>Collection Acct.** | | | | 115.00 |
| Account No. xxxxxxxxxxxx3929<br><br>**Suntrust Bank<br>PO BOX 4986<br>Orlando, FL 32802-4986** | | J | 06-2000<br>**Installment Acct. $383 monthly;** | | | | 31,001.00 |
| Account No. x-xxx-xx0-104<br><br>**Target National Bank<br>P.O. Box 59317<br>Minneapolis, MN 55459-0317** | | J | 03-1999<br>**Credit Card Purchases; # 216730104** | | | | 1,158.00 |

Sheet no. __13__ of __16__ sheets attached to Schedule of              Subtotal              67,009.00
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re  **Karl Fritz Arndt,**
 **Gayla Ann Arndt**

Case No. __6:07-bk-03239-KSJ__

Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxxxx-xxx-8435** | | | | | Original Creditor: American Home Shield | | | | |
| **Transworld System Inc Collection Agency 1901 South Harbor City Blvd. #805 Melbourne, FL 32901** | | W | | | | | | | 513.60 |
| Account No. **Cxxxxxxxxxx4122** | | | | | Collection Acct., Original Creditor LOWE'S CREDIT CARD Ref. # 5853947 | | | | |
| **True Logic Financial Corp. P.O. Box 37980 Oak Park, MI 48237** | | J | | | | | | | 4,252.31 |
| Account No. **BxxxxP3062** | | | | | 12-2002 Type Foreclosure; Plaintiff ABN Amro Mortgage Group | | | | |
| **Volusia County Circuit C 120 W. Indiana Ave P O Box 43 Deland, FL 32720** | | J | | | | | | | 36,519.00 |
| Account No. **xxxx-xxxx-xxxx-7355** | | | | | 06-1998 Credit Card; Charged off as bad debt | | | | |
| **WASHMTL/PROV PO BOX 660509 Dallas, TX 75266-0509** | | J | | | | | | | Unknown |
| Account No. **xxxx-xxxx-xxxx-3348** | | | | | 06-1998 Credit Card; Purchased by another lender; Charged off as bad debt | | | | |
| **Wells Fargo Fncl Bank P.O. Box 5943 Sioux Falls, SD 57117** | | J | | | | | | | Unknown |

Sheet no. __14__ of __16__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

41,284.91

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Karl Fritz Arndt,**
         **Gayla Ann Arndt**

Case No.    **6:07-bk-03239-KSJ**

Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx3527**<br><br>**West Asset Management<br>220 A North Sunset<br>Sherman, TX 75092** | | J | **10-2002<br>Original Creditor: Medical Center of Sanford; Medical Debt; COLLECTION ACCT.** | | | | 696.00 |
| Account No. **xxx4173**<br><br>**West Asset Management<br>1000 N. Travis Street<br>Sherman, TX 75090** | | W | **03-2007<br>Medical Debt: Original Creditor: Central FL Regional Hospital; Medical/Health Care Debt; COLLECTION ACCT.** | | | | 582.00 |
| Account No. **xx8184**<br><br>**West Asset Management<br>1000 N. Travis Street<br>Sherman, TX 75090** | | W | **07-2004<br>Medical Debt- Original Creditor: Central FL Regional Hospital; Medical/Health Care Debt; COLLECTION ACCT.** | | | | 827.00 |
| Account No. **xx2468**<br><br>**West Asset Management<br>1000 N. Travis Street<br>Sherman, TX 75090** | | W | **07-2004<br>Medical Debt- Original Creditor: Central FL Regional Hospital; Medical/Health Care Debt; COLLECTION ACCT.** | | | | 998.00 |
| Account No. **xxx5998**<br><br>**West Asset Management<br>220 A. North Sunset<br>Sherman, TX 75092** | | J | **02-2003<br>Medical Debt; Medical Center of Sanford, Florida.** | | | | 63.00 |

Sheet no. __15__ of __16__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,166.00

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

Official Form 6F (10/06) - Cont.

In re    **Karl Fritz Arndt,**
     **Gayla Ann Arndt**

Case No.    **6:07-bk-03239-KSJ**

_____,
Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W | J C | | | | | | |
| Account No. **xx0427**<br><br>**West Asset Management**<br>**220 A. North Sunset**<br>**Sherman, TX 75092** | J | | | | **09-2004**<br>**Medical Debt; Medical Center of Sanford, Florida.** | | | | **231.00** |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet no. __16__ of __16__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **231.00**

Total
(Report on Summary of Schedules)    **210,088.91**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

Form B6G
(10/05)

.

In re    **Karl Fritz Arndt,**                                    Case No.    **6:07-bk-03239-KSJ**
    **Gayla Ann Arndt**

_____,
                      Debtors

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name.  See 11 U.S.C. § 112;  Fed.R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

   **0**   continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Form B6H
(10/05)

In re  **Karl Fritz Arndt,**                                         Case No.   **6:07-bk-03239-KSJ**
      **Gayla Ann Arndt**

_____,
Debtors

# SCHEDULE H. CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

  **0**  continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Official Form 6I (10/06)

In re **Karl Fritz Arndt**
**Gayla Ann Arndt**
Debtor(s)

Case No. **6:07-bk-03239-KSJ**

## SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Daughter**<br>**Son** | AGE(S):<br>**16**<br>**19** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Security Officer** | **Housekeeper** |
| Name of Employer | **The Wackenhut Corporation** | **Self Employed** |
| How long employed | **5 Years** | |
| Address of Employer | **4200 Wackenhut Drive**<br>**Palm Beach Gardens, FL 33410** | |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ | 4,059.17 | $ | 433.33 |
| 2. Estimate monthly overtime | $ | 0.00 | $ | 0.00 |
| 3. SUBTOTAL | $ | 4,059.17 | $ | 433.33 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a.  Payroll taxes and social security | $ | 647.84 | $ | 0.00 |
| b.  Insurance | $ | 0.00 | $ | 0.00 |
| c.  Union dues | $ | 0.00 | $ | 0.00 |
| d.  Other (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 647.84 | $ | 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 3,411.33 | $ | 433.33 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | 0.00 |
| 8. Income from real property | $ | 0.00 | $ | 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | 0.00 |
| 11. Social security or government assistance (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ | 0.00 |
| 13. Other monthly income (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 0.00 | $ | 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 3,411.33 | $ | 433.33 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | | $ | 3,844.66 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

Official Form 6J (10/06)

In re    **Karl Fritz Arndt**
     **Gayla Ann Arndt**                            Case No.   **6:07-bk-03239-KSJ**
                                   Debtor(s)

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐    Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,125.72 |
| a. Are real estate taxes included?      Yes ___     No **X** | | |
| b. Is property insurance included?      Yes ___     No **X** | | |
| 2. Utilities:    a. Electricity and heating fuel | $ | 250.00 |
|                b. Water and sewer | $ | 65.00 |
|                c. Telephone | $ | 0.00 |
|                d. Other  **Cable** | $ | 155.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 50.00 |
| 4. Food | $ | 500.00 |
| 5. Clothing | $ | 30.00 |
| 6. Laundry and dry cleaning | $ | 20.00 |
| 7. Medical and dental expenses | $ | 35.00 |
| 8. Transportation (not including car payments) | $ | 450.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 150.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|                a. Homeowner's or renter's | $ | 80.00 |
|                b. Life | $ | 0.00 |
|                c. Health | $ | 0.00 |
|                d. Auto | $ | 205.00 |
|                e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|           (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|                a. Auto | $ | 365.00 |
|                b. Other | $ | 0.00 |
|                c. Other | $ | 0.00 |
|                d. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other  **Non Food Necessities** | $ | 40.00 |
|       Other | $ | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 3,520.72 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.    Average monthly income from Line 15 of Schedule I | $ | 3,844.66 |
| b.    Average monthly expenses from Line 18 above | $ | 3,520.72 |
| c.    Monthly net income (a. minus b.) | $ | 323.94 |

Official Form 6-Declaration. (10/06)

# United States Bankruptcy Court
## Middle District of Florida

In re  **Karl Fritz Arndt**
       **Gayla Ann Arndt**                                                    Case No.   **6:07-bk-03239-KSJ**
_____                  Chapter    **13**
                                        Debtor(s)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

      I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
__32__ sheets *[total shown on summary page plus 2]*, and that they are true and correct to the best of my knowledge, information, and belief.


Date  **July 24, 2007**                       Signature   **/s/ Karl Fritz Arndt**
                                                          **Karl Fritz Arndt**
                                                          Debtor


Date  **July 24, 2007**                       Signature   **/s/ Gayla Ann Arndt**
                                                          **Gayla Ann Arndt**
                                                          Joint Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Official Form 7
(04/07)

# United States Bankruptcy Court
## Middle District of Florida

In re   **Karl Fritz Arndt**
        **Gayla Ann Arndt**                                  Case No.   **6:07-bk-03239-KSJ**
                                         Debtor(s)             Chapter   **13**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $24,354.99 | **2007:  The Wackenhut Corporation 4200 Wackenhut Drive, Palm Beach, FL 33410** |
| $48,584.34 | **2006:  The Wackenhut Corporation,  4200 Wackenhut Drive, Palm Beach, FL 33410** |
| $39,511.00 | **2005:  The Wackenhut Corporation 4200 Wackenhut Drive, Palm Beach, FL 33410** |

**2. Income other than from employment or operation of business**

None
■
State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                          SOURCE

**3. Payments to creditors**

None
■
*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■
b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,475.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■
c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.   Suits and administrative proceedings, executions, garnishments and attachments**

None
☐
a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Case No.: 2002SC003278; Monogram Credit Card Bank of GA v. Gayla and Karl F. Arndt** | **Civil Suit** | **Clerk of Court, Seminole Courty, Sanford, Florida.** | **Final Judgment 12-03-2002; $1667.00** |
| **Case No.: 2004SC003459; Premium Asset Recovery Corp v. Arndt** | **Civil Suit** | **Seminole County, Sanford, FL.** | **Final Judgment; 08-2005, $1,581.** |
| **Case No.: 2007SC4919R, Capital One Bank v. Arndt** | **Civil Suit** | **Seminole County, Florida.** | **Final Judgment; 04/2007; $1,167.** |
| **Case No.: 2007SC18219C, Asset Acceptance v. Arndt** | **Civil Suit** | **Clerk of Court, Seminole County, Florida.** | **Final Judgment; 06-2007; $1,874.** |

3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Case No.: 2002 11222 CIDL, ABN AMBRO Mortgage Group, Inc., Successor by Merger to Atlantic Mortgage and Investment, Inc., v. Karl F. Arndt** | **Foreclosure** | **Circuit Court, Volusia County, Florida** | **Final Judgment.** |
| **61091757;  MLH VII LTC v. Karl Arndt** | **Civil Suit** | **Seminole County, Clerk of Court, Sanford, FL** | **Final Judgment; $5250.** |
| **2005CC003590-20C-S, Palisades Collection, LLC, v. Karl Arndt** | **Civil Suit** | **Eighteenth Judicial Circuit, Seminole County, Florida.** | **Hearing Scheduled 08-28-2007; Notice of Lack of Prosecution; Notice of Voluntary Dismissal.** |

None ■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None ☐   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **ABN AMRO Mortgage 2600 W Big Beaver Road M 0904-470 Troy, MI 48084** | **2002** | **Case No.: 2002 11222 CIDL, ABN AMBRO Mortgage Group, Inc., Successor by Merger to Atlantic Mortgage and Investment, Inc., v. Karl F. Arndt** |
| **Ford Motor Credit P.O. Box 31111 Tampa, FL 33631-3111** | **07-2007** | **Ford Motor Truck 150; 1998.  $4800.  Vehicle was returned by Creditor.** |

### 6. Assignments and receiverships

None ■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

4

### 7. Gifts

None ■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8. Losses

None ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

### 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Law Office of Roman-Secor, P.A.**<br>**2290 Professional Building, Suite G-1**<br>**S. Volusia Avenue**<br>**Orange City, FL 32763** | | **$3,000.00** |
| **Hummingbird Credit**<br>**Counseling & Education, Inc.**<br>**3737 Glenwood Avenue**<br>**Suite 100**<br>**Raleigh, NC 27612** | **07-2007** | **$50** |

### 10. Other transfers

None ■ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None ■ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

5

**11. Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

6

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■
a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■
b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■
c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■
a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOC. SEC. NO./ COMPLETE EIN OR OTHER TAXPAYER I.D. NO. | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■
b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or

7

owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
■    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                       DATES SERVICES RENDERED

None
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                         DATES SERVICES RENDERED

None
■    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                            ADDRESS

None
■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                     DATE ISSUED

### 20. Inventories

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

                                                                 DOLLAR AMOUNT OF INVENTORY
DATE OF INVENTORY               INVENTORY SUPERVISOR                   (Specify cost, market or other basis)

None
■    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

                                           NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
DATE OF INVENTORY                                    RECORDS

### 21 . Current Partners, Officers, Directors and Shareholders

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                        NATURE OF INTEREST                    PERCENTAGE OF INTEREST

None
■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

                                                 NATURE AND PERCENTAGE
NAME AND ADDRESS                              TITLE                            OF STOCK OWNERSHIP

### 22 . Former partners, officers, directors and shareholders

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                                  ADDRESS                                    DATE OF WITHDRAWAL

8

None ■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                    TITLE                         DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS
OF RECIPIENT,                       DATE AND PURPOSE              AMOUNT OF MONEY
RELATIONSHIP TO DEBTOR              OF WITHDRAWAL                 OR DESCRIPTION AND
                                                                 VALUE OF PROPERTY

**24. Tax Consolidation Group.**

None ■ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                    TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None ■ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                          TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **July 24, 2007**                    Signature  **/s/ Karl Fritz Arndt**
                                                      **Karl Fritz Arndt**
                                                      Debtor


Date  **July 24, 2007**                    Signature  **/s/ Gayla Ann Arndt**
                                                      **Gayla Ann Arndt**
                                                      Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B 201 (04/09/06)

UNITED STATES BANKRUPTCY COURT
**MIDDLE DISTRICT OF FLORIDA**

## NOTICE TO INDIVIDUAL CONSUMER DEBTOR UNDER § 342(b) OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

**Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)**
1.  Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.
2.  Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.
3.  The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.
4.  Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)**
1.  Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.
2.  Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.
3.  After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

B 201 (04/09/06)

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Attorney

I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

| | | |
|---|---|---|
| Georgina Roman-Secor, P.A. 0191980 | X /s/ Georgina Roman-Secor, P.A. | July 24, 2007 |
| Printed Name of Attorney | Signature of Attorney | Date |

Address:
**2290 Professional Building, Suite G-1**
**S. Volusia Avenue**
**Orange City, FL 32763**
**(386) 775-6622**

### Certificate of Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

| | | |
|---|---|---|
| **Karl Fritz Arndt** | | |
| **Gayla Ann Arndt** | X /s/ Karl Fritz Arndt | July 24, 2007 |
| Printed Name of Debtor | Signature of Debtor | Date |
| Case No. (if known)  **6:07-bk-03239-KSJ** | X /s/ Gayla Ann Arndt | July 24, 2007 |
| | Signature of Joint Debtor (if any) | Date |

# United States Bankruptcy Court
## Middle District of Florida

In re   **Karl Fritz Arndt**
     **Gayla Ann Arndt**
                                                          Debtor(s)

Case No.   **6:07-bk-03239-KSJ**
Chapter   **13**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:   **July 24, 2007**

**/s/ Karl Fritz Arndt**
**Karl Fritz Arndt**
Signature of Debtor

Date:   **July 24, 2007**

**/s/ Gayla Ann Arndt**
**Gayla Ann Arndt**
Signature of Debtor

# United States Bankruptcy Court
## Middle District of Florida

In re   **Karl Fritz Arndt**
     **Gayla Ann Arndt**

                              Debtor(s)

Case No.   **6:07-bk-03239-KSJ**

Chapter   **13**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **3,000.00** |
| Prior to the filing of this statement I have received | $ | **3,000.00** |
| Balance Due | $ | **0.00** |

2.   The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

3.   The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **July 24, 2007**

**/s/ Georgina Roman-Secor, P.A.**
**Georgina Roman-Secor, P.A. 0191980**
**Law Office of Roman-Secor, P.A.**
**2290 Professional Building, Suite G-1**
**S. Volusia Avenue**
**Orange City, FL 32763**
**(386) 775-6622   Fax: (386) 775-6633**
**ginaromansecor1@aol.com**

---